# Court of Appeals
# of the State of Georgia

ATLANTA,  January 24, 2023

*The Court of Appeals hereby passes the following order:*

**A22A1330. SWEET CITY LANDFILL, LLC v. ELBERT COUNTY.**

On March 31, 2022, we granted an application for interlocutory appeal filed by Sweet City Landfill, LLC. After careful consideration, however, we conclude that the application was improvidently granted. Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  01/24/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_ , *Clerk.*